**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHELSEA ELIZABETH MANNING, | |
| Plaintiff, | |
| v. | No. 14-cv-1609-CKK |
| CHUCK HAGEL, *et al*., | |
| Defendants. | |

**MOTION FOR THE ADMISSION, *PRO HAC VICE*, OF CHASE B. STRANGIO**
**AS ADDITIONAL COUNSEL FOR PLAINTIFF**

Pursuant to Local Civil Rule 83.2(d), I hereby move for the admission, *pro hac vice*, of Chase B. Strangio, an attorney with the American Civil Liberties Union Foundation in New York, and a member of the Bar of the State of New York, as additional counsel for the plaintiffs in this case.  Mr. Strangio's declaration is filed herewith.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
of the Nation's Capital
4301 Connecticut Avenue, N.W., Suite 434
Washington, DC 20008
Tel. 202-457-0800
Fax 202-457-0805
artspitzer@aclu-nca.org

September 23, 2014