UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHELSEA ELIZABETH MANNING,

        Plaintiff,

v.

CHUCK HAGEL, *et al*.,

        Defendants.

No. 14-cv-1609-CKK

**DECLARATION OF CHASE B. STRANGIO**

Pursuant to Local Rule 83.2(d), I, Chase B. Strangio, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice*.

1. My full name is Chase B. Strangio.

2. I am an attorney with the American Civil Liberties Union Foundation. My office is located at 125 Broad Street, 18th floor, New York, NY 10004. My office telephone number is (212) 549-2627. My office fax number is (212) 549-2651.

3. I certify that I am a member in good standing of the following State and Federal Bars:

    a) State of New York, January, 2011.

    b) U.S. Court of Appeals for the Sixth Circuit, March, 2014.

    c) U.S. Court of Appeals for the Seventh Circuit, July, 2014.

4. I have never been disciplined by any bar, and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted to practice in this Court *pro hac vice* within the past two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2014.

Respectfully submitted,

  /s/ *Chase Strangio*
Chase Strangio
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Phone: (212) 549-2627
Fax: (212) 549-2651
cstrangio@aclu.org