**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CHELSEA ELIZABETH MANNING,<br><br>                  Plaintiff,<br><br>    v.<br><br>CHUCK HAGEL, *et al*.,<br><br>                  Defendants. | No. 14-cv-1609-CKK |

**CERTIFICATION**

Pursuant to the September 24, 2014, order of this Court, I, Chase B. Strangio, hereby certify that I have reviewed and am familiar with the Local Rules of this Court.

               /s/ *Chase B. Strangio*
               Chase B. Strangio
               American Civil Liberties Union Foundation
               125 Broad Street, 18th Floor
               New York, NY 10004
               Phone: (212) 549-2627
               Fax: (212) 549-2651
               cstrangio@aclu.org

September 24, 2014