**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHELSEA ELIZABETH MANNING, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>CHUCK HAGEL, *et al.*, )<br>)<br>Defendants. )<br>_____) | Civil Action No.  1:14-cv-1609 (CKK) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION
TO EXTEND THE BRIEFING SCHEDULE**

Upon consideration of Defendants' Motion to Extend the Briefing Schedule and Memorandum in Support, any opposition and reply thereto, and for good cause shown by Defendants as set forth in their Motion, it is hereby:

ORDERED that Defendants' Motion to Extend the Briefing Schedule is GRANTED; and it is

FURTHER ORDERED that the Court's Scheduling and Procedures Order of September 26, 2014 (ECF No. 12) be amended as follows: Defendants shall file their Motion to Dismiss and their Opposition to the merits argument as set out in Plaintiff's Motion for Preliminary Injunction, on or before November 20, 2014; Plaintiff shall file her Opposition to Defendants' Motion to Dismiss and her Reply to Defendants' Opposition to the merits argument as set out in Plaintiff's Motion for Preliminary Injunction, on or before December 10, 2014; Defendants shall file their Reply in support of their Motion to Dismiss on or before December 19, 2014.

SO ORDERED.

DATE: _____

Colleen Kollar-Kotelly
United States District Judge