IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHELSEA ELIZABETH MANNING, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:14-cv-1609 (CKK) |
| ) | |
| CHUCK HAGEL, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER GRANTING JOINT MOTION TO SET DEADLINES

Upon consideration of the parties' Joint Status Report and Motion to Set Deadlines, and for good cause set forth therein, it is hereby:

ORDERED that the Joint Motion to Set Deadlines is GRANTED; and it is

FURTHER ORDERED that Plaintiff's motion for preliminary injunction (ECF No. 2) is hereby deemed withdrawn, and any and all deadlines or proceedings related to that motion are hereby VACATED; and it is

FURTHER ORDERED that the parties shall, absent further Order from this Court, comply with the following deadlines for subsequent proceedings in this matter:

October 5, 2015:     Plaintiff files an Amended Complaint

November 10, 2015:   Defendants file an Answer or other responsive motion

December 2, 2015:    If a responsive motion, Plaintiff files her opposition

December 18, 2015:   If a responsive motion, Defendants file their reply

SO ORDERED.

DATE: Sept. 28, 2015

_____
Colleen Kollar-Kotelly
United States District Judge