-1-

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHELSEA ELIZABETH MANNING, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES MATTIS, *et al.*, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No.  1:14-cv-1609 (CKK) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed against all Defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

115434.1

Dated: May 22, 2017

| | |
|---|---|
| /s/ *Chase B. Strangio*_____ | /s/ *Chad A. Readler*\_\_ _____ |

Chase B. Strangio (admitted *pro hac vice*)  
Rose A. Saxe (admitted pro hac vice)  
James D. Esseks  
American Civil Liberties Union  
125 Broad St., 18th Fl.  
New York, NY 10004  
Tel. 212.549.2627  
Fax 212.549-2650  
cstrangio@aclu.org  
rsaxe@aclu.org  
jesseks@aclu.org  

Arthur B. Spitzer (D.C. Bar No. 235960)  
American Civil Liberties Union  
of the Nation's Capital  
4301 Connecticut Avenue, N.W., Suite 434  
Washington, DC 20008  
Tel. 202-457-0800  
Fax 202-457-0805  
artspitzer@aclu-nca.org  

Stephen Douglas Bonney  
(admitted *pro hac vice*)  
ACLU Foundation of Kansas  
3601 Main Street  
Kansas City, MO 64111  
Tel. (816) 994-3311  
Fax (816) 756-0136  
dbonney@aclukswmo.org  

David E. Coombs (admitted *pro hac vice*)  
Law Office of David E. Coombs  
11 South Angell Street, #317  
Providence, RI 02906  
Tel. 508-689-4616  
Fax (508) 689-9282  
info@armycourtmartialdefense.com  

*Counsel for Plaintiff*

Chad A. Readler  
Acting Assistant Attorney General  

Channing D. Phillips  
United States Attorney  

Anthony J. Coppolino  
Deputy Branch Director  

Daniel Schwei (N.Y. Bar)  
Robin Thurston (Illinois Bar)  
Aimee W. Brown (Illinois Bar)  
Trial Attorneys  
United States Department of Justice  
Civil Division, Federal Programs Branch  
Tel.:   (202) 305-8693  
        (202) 616-8188  
        (202) 305-0845  
Fax:    (202) 616-8470  
Email:  daniel.s.schwei@usdoj.gov  
        robin.f.thurston@usdoj.gov  
        aimee.w.brown@usdoj.gov  

Mailing Address:  
Post Office Box 883  
Washington, D.C. 20044  

*Counsel for Defendants*

115434.1